United States Court of Appeals
Fifth Circuit

**F I L E D**

**April 4, 2005**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 04-60230
Summary Calendar

SADRUDDIN MOMIN,

Petitioner

v.

ALBERTO R GONZALES, US ATTORNEY GENERAL

Respondent

--------------------
Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A78 555 109
--------------------

Before KING, Chief Judge, and HIGGINBOTHAM and PRADO, Circuit
Judges.

PER CURIAM:[*]

Sadruddin Momin petitions this court to review the decision
of the Board of Immigration Appeals (BIA) denying relief on his
application for asylum and withholding of removal. As to his
asylum application, Momin challenges the BIA's determination that
his application was untimely under 8 U.S.C. § 1158(a)(2). This
court lacks jurisdiction to review the BIA's determination that
Momin's asylum application was untimely. 8 U.S.C. § 1158(a)(3).

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Momin argues that the BIA erred in denying his application for withholding of removal. Substantial evidence supports the BIA's determination that Momin has not met his burden to establish an entitlement to withholding of removal. See Efe v. Ashcroft, 293 F.3d 899, 906 (5th Cir. 2002); 8 C.F.R. § 208.16(b).

Momin's petition for review is DENIED.